IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-0575-K |
| | § | |
| THEODORE "TED" GUDORF and | § | |
| GUDORF LAW GROUP, LLC, | § | |
| | § | |
| Defendants. | § | |

# ORDER

This is an action filed by Plaintiff against Defendants for alleged defamation and claim for right to publicity. *See generally* Plaintiffs' [sic] Original Complaint (Doc. No. 1). In his Complaint, Plaintiff states his "office address" is located in Washington, DC. Plaintiff does not allege his citizenship. Defendant Gudorf is a citizen of Dayton, Ohio, and Defendant Gudorf Law Group, LLC's principal place of business is located in Dayton, Ohio. The record reveals no connection between this case and the Northern District of Texas. Two telephone conversations with Plaintiff's counsel revealed only that Plaintiff now allegedly lives in this District; counsel provided no other connections between this case and the Northern District of Texas, despite two opportunities to do so. Accordingly, on the Court's own motion,

this case is TRANSFERRED to the United States District Court for the Southern District of Ohio, Western Division.  28 U.S.C.§§ 1404(a), 1406(a).

**SO ORDERED.**

Signed March 20th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE